1909.) In the matter of the application of Leonard Drake for a writ of certiorari directed to Hon. William S. Andrews.

PER CURIAM. Application for writ of certiorari granted, and proceedings stayed, upon petitioner giving a bond of $2,500, to be approved by a justice of the Supreme Court of the Fifth Judicial District.

McLENNAN, P. J., not sitting.

DREW, Appellant, v. CASS, Respondent. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by Edsall W. Drew against Vernon D. Cass. No opinion. Motion granted, without costs.

DUMBLE, Appellant, v. BAKER et al., Respondents. (Supreme Court, Appellate Division, First Department. March 12, 1909.) Action by Edwin Dumble against Hyman D. Baker and another. E. A. Freshman, for appellant. B. M. Kays, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

DUPELL, Respondent, v. CARLSON AUTOMOBILE CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by Alonzo E. Dupell against the Carlson Automobile Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

In re DURACK. (Supreme Court, Appellate Division, Second Department. March 19, 1909.) In the matter of the application of Walter L. Durack for license and admission to practice as an official examiner of title. No opinion. Application granted, and bond approved.

In re EARNSHAW et al. (Supreme Court, Appellate Division, Second Department. March 12, 1909.) In the matter of the application of Cornelia C. Earnshaw and another for the appointment of a person to execute the trusts under the will of Joseph W. Corlies, Sr., deceased. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 112 N. Y. Supp. 197.

In re EAST 105TH ST. (Supreme Court, Appellate Division, First Department. February 26, 1909.) In the matter of East 105th street. No opinion. Reference ordered. Settle order on notice.

EBLING et al., Respondents, v. NEKARDA, Appellant, et al. (Supreme Court, Appellate Division, First Department. February 5, 1909.) Action by William Ebling and others against Francis J. Nekarda, impleaded with others. L. B. Treadwell, for appellant. J. H. Kohan, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

EHRLICH, Respondent, v. LEWIS REALTY & CONSTRUCTION CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. February 5, 1909.) Action by William Ehrlich against the Lewis Realty & Construction Company and others. J. R. Schiff, for appellants. S. Leavitt, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

ELLENDER, Respondent, v. BUFFALO, L. & R. RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 17, 1909.) Action by Ellen J. Ellender against the Buffalo, Lockport & Rochester Railway Company. No opinion. Judgment and order affirmed, with costs.

In re ELMSFORD REAL ESTATE CO. (Supreme Court, Appellate Division, Second Department. March 12, 1909.) In the matter of the application of the Elmsford Real Estate Company for the drainage of certain land in the valley of the Sawmill river in the town of Greenburgh. No opinion. Orders affirmed, with $10 costs and disbursements.

EMRICH v. SERPE et al. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by John Emrich against Joseph Serpe and another. No opinion. Motion granted, with $10 costs.

ENGLAND, Respondent, v. TOWN OF WESTMORELAND, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 19, 1909.) Action by Ephraim England against the town of Westmoreland. No opinion. Judgment and order affirmed, with costs.

ERBER v. OPPENHEIMER. (Supreme Court, Appellate Division, First Department. February 5, 1909.) Action by Emil Erber against Adolph Oppenheimer. No opinion. Motion denied, with $10 costs. Order filed.

ERLAND, Appellant, v. HOUSE & HOME CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 12, 1909.) Action by George W. Erland against the House & Home Company.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

WOODWARD, J., dissents.

ETTENHEIMER, Respondent, v. SCHAFER, Appellant. (Supreme Court, Appellate Division, First Department. March 19, 1909.) Action by Emanuel Ettenheimer against Mary Schafer. A. P. Wagener for appellant. G. Hamberger, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

FAHEY, Respondent, v. LYNCH, Appellant. (Supreme Court, Appellate Division, First Department. March 12, 1909.) Action by Mary Fahey, individually, etc., against Thomas F. Lynch. M. J. Kelly, for appellant. R. D. Ireland, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.